[No. 27744-5-III.   Division Three.   December 3, 2009.]

KENNETH R. SEILER ET AL., *Appellants*, v. DAVID R. BLACK
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-05452-3, Jerome J. Leveque, J., entered December 11, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney and Korsmo, JJ.

[No. 27745-3-III.   Division Three.   December 3, 2009.]

DAVID M. DICKSON ET AL., *Respondents*, v. AVISTA ENERGY, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-05234-2, Robert D. Austin, J. Pro Tem., entered January 6, 2009. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 62517-9-I.   Division One.   December 7, 2009.]

PAPINI BROTHERS, LLC, *Respondent*, v. JAUKESIA LAWRENCE
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-29431-5, Robert E. Stead, J. Pro Tem., entered September 19, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Dwyer and Lau, JJ.

[No. 62733-3-I.   Division One.   December 7, 2009.]

THE CITY OF BOTHELL, *Respondent*, v. STEVEN D. FLANAGAN
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-39328-5, Douglas D. McBroom, J., entered November 13, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Ellington, JJ.